# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 7 |
| FENWICK AUTOMOTIVE PRODUCTS | : |
| LIMITED, *et al.*[1] | : Case No. 13-11500 (BLS) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |

## AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 26, 2015 AT 9:00 A.M.

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

## CONTINUED MATTERS:

1. Pre-Trial Scheduling Conference in Adversary Proceedings Being Adjourned.

   <u>Related Documents</u>:  (a)  Pre-Trial Scheduling Conference for the adversary actions identified in Exhibit 1-a attached hereto are being adjourned to a date to be assigned by the Court.

   <u>Objection Deadline</u>:  None

   <u>Responses Received</u>:  None

   <u>Status</u>:  Pre-Trial Scheduling Conference for the adversary actions identified in Exhibit 1-a attached hereto are being adjourned to a date to be assigned by the Court.

---

[1] Introcan, Inc., Case No. 13-11499; Fenwick Automotive Products Limited, Case No. 13-11500; Flo-Pro Inc., Case No, 13-11501; LH Distribution Inc., Case No. 13-11502; Rafko Logistics Inc., Case No 13-11504; Rafko Holdings Inc., Case No. 13-11505; Rafko Enterprises Inc.; Case No. 13-11507 (collectively, the "<u>Debtors</u>").

**MATTERS GOING FORWARD:**

2. Pre-Trial Scheduling Conference in Adversary Proceedings Being Handled by Cozen O'Connor Going Forward.

| | | |
|---|---|---|
| Related Documents: | (a) | Adversary actions being handled by Cozen O'Connor identified in Exhibit 2-a. |
| | (b) | Proposed Scheduling Order |
| Objection Deadline: | | None |
| Responses Received: | | None |
| Status: | | Pre-Trial Conferences for the adversary actions identified in Exhibit 2-a attached hereto are going forward. Trustee anticipates submitting the attached Proposed Scheduling Order under Certification of Counsel for the adversary actions identified in Exhibit 2-a. |

**A Scheduling Order will be submitted under Certification of Counsel. Hearing is cancelled.**

**MATTERS GOING FORWARD:**

3. Pre-Trial Scheduling Conference in Adversary Proceedings Being Handled by Conflict Counsel Ciardi Ciardi & Astin Going Forward.

| | | |
|---|---|---|
| Related Documents: | (a) | Adversary actions being handled by Trustee's conflict counsel Ciardi Ciardi & Astin identified in Exhibit 3-a. |
| Objection Deadline: | | None |
| Responses Received: | | None |
| Status: | | Pre-Trial Conferences for the adversary actions identified in Exhibit 3-a attached hereto are going forward. Trustee's conflict counsel anticipates submitting a separate Scheduling Order under Certification of Counsel for the adversary actions identified in Exhibit 3-a. |

2

**A Scheduling Order will be submitted under Certification of Counsel. Hearing is cancelled.**

Date: August 24, 2015

        COZEN O'CONNOR

        */s/ John T. Carroll, III*
        John T. Carroll, III (DE No. 4060)
        Simon E. Fraser (DE No. 5335)
        Keith L. Kleinman (DE No. 5693)
        1201 North Market Street
        Suite 1001
        Wilmington, DE 19801
        302-295-2000 Phone
        302-295-2013 Fax
        jcarroll@cozen.com
        sfraser@cozen.com
        kkleinman@cozen.com

        *Counsel to George L. Miller, Chapter 7 Trustee*

        Daniel K. Astin (No. 4068)
        John D. McLaughlin, Jr. (No. 4123)
        Joseph J. McMahon, Jr. (No. 4819)
        CIARDI CIARDI & ASTIN
        1204 N. King Street
        Wilmington, DE 19801
        (302) 658-1100 Phone
        (302) 658-1300 Fax
        dastin@ciardilaw.com
        jmclaughlin@ciardilaw.com
        jmcmahon@ciardilaw.com

        *Conflict Counsel to George L. Miller, Chapter 7 Trustee*

# Exhibit "1-A"

# Adversary Actions
# Being adjourned

22134362\3 00601.0823.000/337792.000
08/24/2015

## **EXHIBIT 1-A**

| DEFENDANTS | ADVERSARY NO. |
|---|---|
| ATL INDUSTRIES | 15-50772 |
| BELL CANADA | 15-50775 |
| BESTFIT AUTO PARTS | 15-50776 |
| CIA SHERWIN WILLIAMS S.A. DE CV | 15-50778 |
| COMMERCIAL ESSEX S.A. DE C.V. | 15-50780 |
| DURAN FREIGHT CORPORATION | 15-50785 |
| DATAGEAR, INC. | 15-50783 |
| DAMCO CUSTOMS SERVICES INC. | 15-50782 |
| DATA PAPERS, INC. D/B/A KBF PRINT TECHNOLOGY | 15-50784 |
| EQUIPMENT DEPOT LTD. | 15-50786 |
| FASTENAL COMPANY | 15-50787 |
| FIDELITY PAPER & SUPPLY CORP. | 15-50788 |
| GARDENA ELECTRIC & LIGHTING SUPPLY, INC. | 15-50790 |
| GOLDEN STATE CONTAINER, INC. | 15-50791 |
| GREAT MATCH CONSULTING | 15-50792 |
| HAINING AUTOMANN PARTS CO., LTD. | 15-50793 |
| HEALIX GROUP LLC | 15-50795 |
| HUB INTERNATIONAL LIMITED | 15-50796 |
| INNOVATIVE PACKAGING SOLUTIONS S.A. DE C.V. | 15-50797 |
| JILIN DONGGUANG AOWEI AUTOMOBILE BRAKE SYSTEM CO., LTD. | 15-50799 |
| KEYSTONE (US) MANAGEMENT, INC. AND TYCO INTEGRATED SECURITY LLC | 15-50832 |
| MARMON KEYSTONE DE MEXICO SA DE CV | 15-50802 |
| MATEJCIC-CARR INC. DBA MCI CORES | 15-50804 |
| MCMASTER-CARR SUPPLY CO. | 15-50807 |
| NANJING CF AUTO PARTS CO., LTD. | 15-50809 |
| NORAMPAC INC. AND NORAMPAC-LITHOTECH A DIVISION OF CASCADES CANADA ULC | 15-50812 |
| POWERMOTIVE INDUSTRIES INC. | 15-50813 |
| PRIORITY BUSINESS SERVICES D/B/A PRIORITY STAFFING SERVICES | 15-50815 |
| RS MATERIAL HANDLING, INC. | 15-50819 |
| ROYAL 4 SYSTEMS INC. | 15-50817 |
| S.B. SIMPSON GROUP INC. | 15-50820 |
| SHI INTERNATIONAL CORP. | 15-50821 |
| TS EXPRESS LOGISTICS, INC. AND CELTIC CAPITAL CORPORATION | 15-50826 |

| | |
|---|---|
| UC FACTORS AND ON-CALL STAFFING SERVICES | 15-50827[2] |
| WANXIANG AMERICA CORPORATION | 15-50833 |
| WERNER ENTERPRISES INC. D/B/A WERNER VALUE ADDED SERVICES | 15-50828 |
| XPEDX LLC | 15-50829 |
| YUN SHENG INDUSTRY CO. LTD. | 15-50830 |
| YUSIN BRAKE CORPORATION | 15-50831 |

---

[2] Pretrial conference adjourned for Defendant, On-Call Staffing Services only.

# Exhibit "2-A"

# Cozen O'Connor
# Adversary Actions

22134362\3 00601.0823.000/337792.000
08/24/2015

## **EXHIBI 2-A**

| DEFENDANTS | ADVERSARY NO. |
|---|---|
|  |  |
| AVALON INTEGRATION, INC. | 15-50773 |
| C&E CONTAINERS, INC. | 15-50777 |
| CROMAC, INC. | 15-50781 |
| DURAN FREIGHT CORPORATION | 15-50785 |
| J&J PALLET COMPANY INC. | 15-50798 |
| KNOPF AUTOMOTIVE LLC D/B/A STEERING SUPERSTORE AND STEERING SUPERSTORE INC. | 15-50800 |
| TRANSPLACE DE MEXICO S DE RL DE CV | 15-50823 |
| TRANSPLACE INTERNATIONAL INC. | 15-50824 |
| TRANSPLACE TEXAS, LP | 15-50825 |
| UC FACTORS AND ON-CALL STAFFING SERVICES | 15-50827[3] |

---

[3] Pre-trial conference going forward as to Defendant, UC Factors only.

22134362\3 00601.0823.000/337792.000
08/24/2015

# Exhibit "3-A"

# Ciardi Ciardi & Astin
# Adversary Actions

22134362\3 00601.0823.000/337792.000
08/24/2015

## **EXHIBI 3-A**

| **DEFENDANTS** | **ADVERSARY NO.** |
|---|---|
|  |  |
| ERNST & YOUNG LLP | 15-50760 |
| LKQ CORPORATION D/B/A LKQ BEST AUTOMOTIVE CORPORATION, | 15-50761 |
| MORAN INDUSTRIES, INC. | 15-50763 |
| PRATT INDUSTRIES DE MONTERREY S DE RL DE CV | 15-50765 |

22134362\3 00601.0823.000/337792.000
08/24/2015