**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| FENWICK AUTOMOTIVE PRODUCTS LIMITED, *et al.* | : | Case No. 13-11500 (BLS) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF FENWICK AUTOMOTIVE PRODUCTS LIMITED, *et al.* | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. No.  15-50782   (BLS) |
| | : | |
| DAMCO CUSTOMS SERVICES INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING**

Plaintiff herein requests dismissal of the above-captioned adversary proceeding (the "Adversary Action") pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure. An answer has not been filed.

Dated: September 18, 2015
       Wilmington, DE

COZEN O'CONNOR

*/s/ Keith L. Kleinman*

By: _____
John T. Carroll, III (DE No. 4060)
Keith L. Kleinman (DE No. 5693)
1201 North Market Street, Suite 1001
Wilmington, DE
302-295-2000   Phone
302-295-2013   Fax
jcaroll@cozen.com
kkleinman@cozen.com
*Counsel to the Chapter 7 Trustee,*
*George L. Miller*

24338699\1 00601.0823.000/337792.000